**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CARL JAMES NICHOLS, ID # 1254215,** ) | |
| a.k.a. Carl J. Nichols (former ID # 591661 ) | |
| and 670714), ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:09-CV-631-M (BH) |
| ) | |
| **RHONDA FORD** ) | |
| Defendant. ) | PTRL Management |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's motion to proceed *in forma pauperis* is hereby **DENIED**. By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SIGNED this 26th day of June, 2009.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS